# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CV-30 Notice of Interested Parties – Attachment # 1

Defendants To Be Noticed:

Google, LLC
Believe
Meypom Muzik Yapim As
Sahin Ozer Muzik Yapim Ve Tic. A.S.
Soner Muzik
Avrupa Muzik
Odeon Muzik
Super Muzik
Bonus Muzik
Tempa-Foneks
Anadolu Muzik Yapim
Kalite Muzik Uretim Ve Tic. Ltd. Sti.
Netd Muzik Video Dijital Plaform A.S.
Emre Grafson Muzik
Dogan Muzik Yapim
Pasaj Muzik
Ossi Muzik
Orchard Media, Inc.
Poll Production
Oncu Muzik
Sony (Turkiye) Muzik Ve Sanat A.S.
Ulus Muzik San
A1 Music Production Industry Trade Limited Company
1 Music Distribution Group of Companies
Ozer Kardes Kaset
Universal Music Turkey
Emi Ken Elektronik Sanayi Ve Ticaret A.S.
DOES 1 through 10