COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

ANGELA L. DUNNING (212047)
(adunning@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

JESSICA M. WILLIAMS (341492)
(jwilliams@cooley.com)
1299 Pennsylvania Avenue, NW, Ste 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Defendants
Google LLC and YouTube, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART RECORDS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>YOUTUBE, LLC, a Delaware limited liability company; GOOGLE, LLC, a Delaware limited liability company; BELIEVE, a French corporation; MEYPOM MUZIK YAPIM AS, a Turkish entity form unknown; SAHIN OZER MUZIK YAPIM VE TIC. A.S., a Turkish entity form unknown; SONER MUZIK, a Turkish entity form unknown; AVRUPA MUZIK, a Turkish entity form unknown; ODEON MUZIK, a Turkish entity form unknown; SUPER MUZIK, a Turkish entity form | Case No. 2:22-cv-05179-DSF-KS<br><br>**GOOGLE LLC'S AND YOUTUBE, LLC'S NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1 AND CORPORATE DISCLOSURES STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>Complaint Served: Aug. 2, 2022 |

COOLEY LLP
ATTORNEYS AT LAW

STIP TO EXTEND TIME TO
RESPOND TO COMPLAINT
2:22-CV-05179-DSF-KS

unknown; BONUS MUZIK, a Turkish entity form unknown; TEMPA - FONEKS, a Turkish entity form unknown; ANADOLU MUZIK YAPIM, a Turkish entity form unknown; KALITE MUZIK URETIM VETIC. LTD. STI., a Turkish entity form unknown; NETD MUZIK VIDEO DIJITAL PLAFORM A.S., a Turkish entity form unknown; EMRE GRAFSON MUZIK, a Turkish entity form unknown; DOGAN MUZIK YAPIM, a Turkish entity form unknown; PASAJ MUZIK, a Turkish entity form unknown; OSSI MUZIK, a Turkish entity form known; ORCHARD MEDIA, INC., a Delaware corporation; POLL PRODUCTION, a Turkish entity form unknown; ONCU MUZIK, a Turkish entity form unknown; SONY (TURKIYE) MUZIK VE SANAT A.S., a Turkish entity form unknown; ULUS MUZIK SAN, a Turkish entity form unknown; A1 MUSIC PRODUCTION INDUSTRY TRADE LIMITED COMPANY, a Turkish entity form unknown; 1 MUSIC DISTRIBUTION GROUP OF COMPANIES, a Turkish entity form unknown; OZER KARDES KASET, a Turkish entity form unknown; UNIVERSAL MUSIC TURKEY, a Turkish corporation; EMI – KEN ELEKTRONIK SANAYI VE TICARET A.S., a Turkish entity form unknown; and DOES 1-10,

Defendants.

## NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, Google LLC ("Google") and YouTube, LLC ("YouTube") disclose the following:

1. Google is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.
2. YouTube is a wholly owned subsidiary of Google.

The undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Google LLC
2. XXVI Holdings Inc., Holding Company of Google LLC
3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

Dated: August 22, 2022

COOLEY LLP

By: /s/ *Angela L. Dunning*
  Angela L. Dunning

Attorneys for Defendants
Google LLC and YouTube, LLC

273956125