1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART RECORDS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC; GOOGLE, LLC; BELIEVE; et al.,<br><br>Defendants. | Case No.: 2:22-cv-05179-DSF-KS<br><u>Hon. Dale S. Fischer Presiding</u><br><br>**ORDER GRANTING ART RECORDS LEAVE TO FILE SECOND AMENDED COMPLAINT** |

- 1 -

ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT

## ORDER:

Having reviewed the parties' Stipulation to Allow Filing of Second Amended Complaint and finding good cause thereon;

IT IS HEREBY ORDERED that Plaintiff's Second Amended Complaint shall be filed on or before February 6, 2023, and that the Defendants need not file a response to the First Amended Complaint, regardless of their respective deadlines to do so.

IT IS FURTHER ORDERED that any Defendant that has not previously filed a responsive pleading shall file a responsive pleading within 45 days of February 6, 2023. For the avoidance of doubt, neither the Parties' Stipulation nor this Order (1) constitutes an admission or is to be construed as an admission that any version of the complaint filed by Plaintiff has properly pleaded claims for relief against any Defendant, (2) in any way waives any Defendants' right to file a Motion to Dismiss any part, including the amended parts, of the Second Amended Complaint; and (3) in any way waives Defendants' right to seek relief from Plaintiff, including attorney's fees and costs, in connection with any version of the complaint.

IT IS SO ORDERED.

DATED: February 6, 2023

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE